IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x
In re:                                             : Chapter 11
                                                   :
BADANCO ACQUISITION LLC                            : Case No. 09-11638 (CSS)
a Delaware Limited Liability Company, et al.,[1]   :
                                                   : Jointly Administered
                         Debtors.                  :
                                                   : Ref. Docket Nos. 225 and 251
------------------------------------------------------ x

## ORDER, PURSUANT TO SECTIONS 105(a) AND 1112(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1017(a), DISMISSING DEBTORS' CHAPTER 11 CASES

Upon consideration of the Motion (the "Motion")[2] of the debtors and debtors in possession in the above-captioned cases (the "Debtors") for entry of an order, pursuant to sections 105(a) and 1112(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 1017(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the dismissal of their chapter 11 cases; and the Court being satisfied that the dismissal of these chapter 11 cases is in the best interests of the Debtors, their estates and creditors; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017(a), the chapter 11 cases of Badanco Acquisition LLC, Randa Luggage Inc. and Randa Luggage Holdings Corp., Case Nos. 09-11638 (CSS), 09-11639 (CSS)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Badanco Acquisition LLC (1700), Randa Luggage Inc. (f/k/a Badanco Enterprises, Inc.) (1110), and Randa Luggage Holdings Corp. (f/k/a Badanco Parent Company, Inc.) (1054). The mailing address for each of the Debtors is 994 Riverview Drive, Totowa, New Jersey 07512.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and 09-11640 (CSS), respectively, are hereby dismissed, effective as of the date and time of entry of this Order (the "Dismissal Date"); and it is further

ORDERED that notwithstanding section 349 of the Bankruptcy Code, all final orders entered in the Debtors' chapter 11 cases prior to the Dismissal Date shall survive and remain effective after such date, and the Court shall retain jurisdiction to enforce and support any and all such orders; and it is further

ORDERED that notwithstanding anything to the contrary in the Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 91], the Final Order (I) Authorizing and Approving Debtors' Post-Petition Financing; (II) Granting Liens and Security Interests and Providing Superpriority Administrative Expenses Status; (III) Authorizing Use of Cash Collateral and Affording Adequate Protection; and (IV) Modifying Automatic Stay [Docket No. 107] (the "Final DIP Order"), the Bankruptcy Code or otherwise, all professionals retained by the Debtors and the Committee in these chapter 11 cases are authorized to apply to any outstanding fees and expenses incurred in connection with these cases any payments received from Adnar or the Debtors on account of Adnar's Carve-Out obligations under paragraph 9 of the Final DIP Order without further order of this Court; and it is further

ORDERED that the Debtors and their counsel are authorized to take all necessary steps, perform such actions, execute such documents, and expend such funds as may be necessary to carry out or otherwise effectuate the terms and conditions of this Order.

Dated: Wilmington, Delaware
September 24, 2009

Christopher S. Sontchi
United States Bankruptcy Judge

2

DB02:8639242.3                                                                                   068210.1001